FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 0 7 2016

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

NANCY SULLIVAN

          Plaintiff,

-against-

ENHANCED RECOVERY COMPANY, LLC
A Delaware Corporation

          Defendant.

Civil Action No. 2:16cv35- BRW

**JURY TRIAL DEMANDED**

## ORIGINAL COMPLAINT

Plaintiff, Nancy Sullivan (hereinafter, "Sullivan"), by her undersigned counsel, brings this action against Enhanced Recovery Company, LLC (hereinafter, "ERC"), and states:

### INTRODUCTION

1.     This is an action for actual and statutory damages for violation of the Fair Debt Collection Practices Act (hereinafter "FDCPA"), 15 U.S.C. §1692, et seq. and the Arkansas Fair Dept Collection Practices Act (hereinafter "AFDCPA"), A.C.A. §17-24-504, et seq.

### STATEMENT OF JURISDICTION AND VENUE

2.     Jurisdiction of this Court arises pursuant to 28 U.S.C. §1331, 15 U.S.C. §1692k(d) and 28 U.S.C. §1367 for pendant State law claims.

3.     This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq., and violations of the Arkansas Fair Debt Collection Practices Act, Ark. Code Ann. §17-24-504 et seq.

This case assigned to District Judge Wilson
and to Magistrate Judge Volpe

4.     The acts and events complained of in this Complaint occurred within Little Rock, Pulaski County, Arkansas.

5.     Venue is proper pursuant to 28 U.S.C. §1391(b)(2) because the events giving rise to the claims occurred here, Plaintiff resides here, and Defendant transacts business here.

## PARTIES TO THE CLAIM

6.     The averments set forth in paragraphs 1-5 are adopted herein and incorporated as if set forth word for word.

7.     Sullivan is a resident of Little Rock, Pulaski County, Arkansas, and is a "consumer" as defined by 15 U.S.C. §1692a(3), and/or "any person" as defined by 15 U.S.C. §1692d.

8.     At the time of the incident described further herein, Enhanced Recovery Company, LLC (hereinafter, "ERC") was a corporation duly authorized to conduct business in the State of Arkansas as a "debt collector," as that term is defined by 15 U.S.C. §1692a(6) and is registered and licensed with the Arkansas State Board of Collection Agencies, and attempting to collect a "debt," as defined in 15 U.S.C. §1692a(5).

9.     ERC is being served via its registered agent:

THE CORPORATION COMPANY
124 West Capitol Avenue, Suite 1900
Little Rock, AR  72201

## FACTUAL BACKGROUND

10.     The averments set forth in paragraphs 1-9 are adopted herein and incorporated as if set forth word for word.

2

11.     During the course of 2015, ERC repeatedly contacted Sullivan regarding an alleged consumer debt, incurred primarily for personal, family, or household services and is therefore a "debt" as that term is defined by U.S.C. §1692a(5).

12.     On or about August 11, 2015, Sullivan retained counsel to assist with this alleged debt due to repeated contact from ERC.

13.     On or about August 12, 2015, Sullivan's counsel sent notice of representation with demand for verification of the alleged debt to ERC via certified mail to its registered agent of service and its corporate office.  A copy of that letter is attached hereto as "**Exhibit 1**" and incorporated as if set forth word for word. A copy of the certified mail receipts for same are attached hereto as "**Exhibit 2**" and incorporated as if set forth word for word.

14.     On or about August 14, 2015, ERC, by and through its' registered agent of service, The Corporation Company, received and signed for Sullivan's notice of representation letter with demand for verification of the alleged debt.  A copy of that signature card is attached hereto as "**Exhibit 3**" and incorporated as if set forth word for word.

15.     On or about August 17, 2015, ERC, by and through its' agent and employee, L.R. Duniho, received and signed for Sullivan's notice of representation letter with demand for verification of the alleged debt. A copy of that signature card is attached hereto as "**Exhibit 4**" and incorporated as if set forth word for word.

16.     ERC, aware that Sullivan was represented and had demanded verification of the alleged debt, never responded to the notice of representation nor provided verification of the alleged debt.

17.     On or about February 16, 2016, ERC, aware that Sullivan was represented, willfully disregarded the notice of representation and placed a telephone call to Sullivan and left the following message:

> This message is from ERC, a debt collector.
> Please call 800-656-9308 and provide the
> following reference number, 3457921
> (and/or 3457925).

18.     Sullivan was upset, frustrated, concerned, worried, made anxious and suffered emotional distress as a result of ERC's actions.

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

19.     The averments set forth in paragraphs 1-18 are adopted herein and incorporated as if set forth word for word.

20.     ERC is in violation of the following sections of the Fair Debt Collection Practices Act as alleged above:

(a.)     15 U.S.C. §1692b(6): This communication by ERC violated 15 U.S.C.1692b(6) in that ERC contacted Sullivan after receiving notice that the consumer was represented by an attorney;

(b.)     15 U.S.C. §1692g:     ERC violated 15 U.S.C. §1692g by continuing to attempt to collect the alleged debt after it had received notice of representation of counsel and demand for verification of the debt to which it never responded.  See "**Exhibit 1**", attached hereto and incorporated herein as if set forth word for word.

## VIOLATION OF THE ARKANSAS FAIR DEBT COLLECTION PRACTICES ACT

21.     The averments contained in paragraphs 1-20 are hereby incorporated as if set forth word for word.

4

22.    ERC is in violation of the following sections of the Arkansas Fair Debt Collection Practices Act as alleged above:

(a.)    A.C.A. §17-24-504(a)(2): This communication by ERC violated A.C.A. §17-24-504(a)(2) in that ERC contacted Sullivan after receiving notice that the consumer was represented by an attorney;

(b.)    A.C.A. §17-24-508:   ERC failed to respond to Sullivan's demand for validation of the alleged debt as demanded in the letter of August 12, 2015.  A copy of that letter is attached hereto as "**Exhibit 1**" and incorporated as if set forth word for word.

## DAMAGES

23.    The averments set forth in paragraphs 1-22 are adopted herein and incorporated as if set forth word for word.

24.    As a direct and proximate result of the occurrence made the basis of this lawsuit, Sullivan is entitled to the following damages:

(a.)  actual costs, expenses and attorney fees pursuant to 15 U.S.C §1692(k)(a)(3);

(b.)  statutory damages in the maximum amount of: $1,000.00 pursuant to 15 U.S.C. §1692(k)(a)(2)(A)

(c.)  actual damages pursuant to 15 U.S.C. §1692k(a)(1);

(d.)  actual damages and attorney fees pursuant to Ark. Code Ann. §17-24-512.

## DEMAND FOR JURY TRIAL

25.    The averments set forth in paragraphs 1-24 are adopted herein and incorporated as if set forth word for word.

26.    Sullivan demands a jury trial on all issues so triable.

## **PRAYER**

WHEREFORE, Sullivan respectfully requests that this Court grant the following relief in her favor and against Defendant Enhanced Recover Company, LLC, as follows:

(A.)    She be granted statutory damages pursuant to the 15 U.S.C. §1692k(a)(2)(A);

(B.)    She be granted actual damages pursuant to the 15 U.S.C. §1692k(a)(1);

(C.)    She be granted costs and attorney fees pursuant to 15 U.S.C. §1692k(a)(3);

(D.)    She be granted actual damages and attorney fees pursuant to Ark. Code Ann. §17-24-512;

(E.)    Any, and all other relief to which she may be entitled.

Respectfully submitted,

By: _____
Todd Wooten, Esq.   ABN 94034
**DOVER DIXON HORNE, PLLC**
425 West Capitol Avenue, Ste. 3700
Little Rock, Arkansas 72201
Telephone: (501) 375-9151
Facsimile: (501) 375-6484
TWooten@DDH.Law

*Attorneys for Plaintiff*

6

## VERIFICATION OF COMPLAINT AND CERTIFICATION BY PLAINTIFF

STATE OF ARKANSAS   )
                                ) ss

COUNTY OF PULASKI   )

I, Nancy Sullivan, having first been duly sworn and upon oath, depose and say as follows:

1. I am the Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information, and belief, formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s) named in the Complaint.

5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.

/s/ *Nancy H. Sullivan*
Nancy Sullivan

Subscribed and sworn to before me
this ⎺⎺⎺ day of March, 2016.

ANNE L. SMITH
NOTARY PUBLIC-STATE OF ARKANSAS
SALINE COUNTY
My Commission Expires 09-30-2025
Commission # 12691103

/s/ *Anne L. Smith*
Notary Public

7

# DOVER DIXON HORNE PLLC

**Attorneys at Law**

ALLAN W. HORNE
CYRIL HOLLINGSWORTH
THOMAS S. STONE
STEVE L. RIGGS
MICHAEL O. PARKER
JOSEPH H. PURVIS
CHARLES W. REYNOLDS
JOHN B. PEACE
WILLIAM DEAN OVERSTREET
MICHAEL G. SMITH +
GARY B. ROGERS

JAMES PAUL BEACHBOARD =
CAL McCASTLAIN
MARK H. ALLISON
RANDALL L. BYNUM
MONTE D. ESTES
WILLIAM C. BIRD III
CARL F. (TREY) COOPER III
BRIDGET H. NORTON
TJ LAWHON

425 W. CAPITOL AVE STE 3700
LITTLE ROCK, AR 72201-3465
TELEPHONE (501) 375-9151
FACSIMILE (501) 375-6484
www.doverdixonhorne.com

DARRELL D. DOVER (1933-2009)
PHILIP E. DIXON (1932-2005)

OF COUNSEL
GARLAND W. BINNS, JR.

= ALSO LICENSED IN TENNESSEE
+ ALSO LICENSED IN TEXAS

M̄ MERITAS LAW FIRMS WORLDWIDE

August 12, 2015

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Enhanced Recovery Company, LLC
8014 Bayberry Road
Jacksonville, FL   32256

RE:  Communications to Nancy Sullivan; Little Rock, AR

To whom it may concern:

    We represent Nancy Sullivan. Under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692c(c), and the Arkansas Fair Debt Collection Practices Act, A.C.A. § 17-24-504, this letter is demand that you cease all communication to Ms. Sullivan regarding an alleged debt. We demand that you stop contacting our client at home, work, on her cell phone, and at any other location.

    Arkansas law requires that within five (5) days of the initial communication you are to send the consumer the following information:

(1)    the amount of the debt;
(2)    the name of the creditor to whom the debt is owed;
(3)    a statement requiring communication by consumer to collections agency within 30 days disputing the debt;
(4)    a statement requiring collections agency to send a copy of the judgment against consumer to the consumer and;
(5)    a statement that if requested by the consumer, the collections agency shall provide the name and address of the original creditor.

    There is no record of any such written communication sent from your company to Ms. Sullivan.

    Any further attempts at communication with our client regarding the alleged debt will result in legal action against Enhanced Recovery Company, LLC to the full extent of both federal and state law.



Enhanced Recovery Company, LLC
August 12, 2015
Page 2

_____

      We consider this alleged debt nonexistent until documentation of alleged debt is received. Further, we do not admit any liability to pay the alleged debt.  Be advised we are keeping

accurate records of all attempts at communication by Enhanced Recovery Company, LLC to reach Nancy Sullivan to use as evidence in possible legal action.

            Sincerely,

            DOVER DIXON HORNE PLLC

            Cal McCastlain

JCM:dkc



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .48 |
| Certified Fee | 3.45 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $6.735 |

AUG 12 2015 — MAIN OFFICE STATION LITTLE — Postmark Here

Enhanced Recovery Company, LLC
c/o The Corporation Co, Reg. Agent
124 W. Capitol, Ste. 1900
Little Rock, AR 72201

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .48 |
| Certified Fee | 3.45 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ .735 |

AUG 12 2015 — MAIN OFFICE STATION LITTLE — Postmark Here

Enhanced Recovery Company, LLC
8014 Bayberry Road
Jacksonville, FL 32256

**EXHIBIT**
**2**

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Enhanced Recovery Company, Inc.**
**c/o the Corporation Co., Reg. Agent**
**124 W. Capitol, Ste. 1900**
**Little Rock, AR   72201**

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X **CT CORPORATION**   ☐ Agent   ☐ Addressee

B. Received by (*Printed Name*)   **AUG 1 4 2015**   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
(*Transfer from service label*)     7013 3020 0002 0649 4489

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**EXHIBIT**

**3**

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature *L.R. Dunino*<br>X  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*  C. Date of Delivery  AUG 17 2015 |
| 1. Article Addressed to:<br><br>**Enhanced Recovery Company, LLC**<br>**8014 Bayberry Road**<br>**Jacksonville, FL 32256** | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7013 3020 0002 0649 4496 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**EXHIBIT**

4