IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

NANCY SULLIVAN                                        PLAINTIFF

Vs.                 No. 2:16cv35-DPM

ENHANCED RECOVERY COMPANY, LLC,
A Delaware Company                                 DEFENDANT

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their respective counsel, hereby stipulate to the dismissal of this action with prejudice pursuant to the Federal Rules of Civil Procedure.

DOVER DIXON HORNE, PLLC
*Attorneys for Plaintiff*
3700 Simmons Tower
425 West Capitol Avenue
Little Rock, AR  72201
(501) 375-9151 / Fax: 375-6484
twooten@ddh.law

By  /s/ Todd Wooten
       Todd Wooten       AR BIN 94034

BARBER LAW FIRM PLLC
*Attorney for Defendant*
3400 Simmons Tower
425 West Capitol Avenue
Little Rock, AR  72201
(501) 372-6175 / Fax: 375-2802
Email: rhenry@barberlawfirm.com

By  /s/ Robert L. Henry, III
       Robert L. Henry, III     AR BIN 72054

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing pleading has been electronically filed on this 1st day of August, 2016, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

                                              */s/ Robert L. Henry III*
                                              Robert L. Henry, III