IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**NANCY SULLIVAN**                                                                                   **PLAINTIFF**

v.                                              No. 2:16-cv-35-DPM

**ENHANCED RECOVERY COMPANY, LLC**                               **DEFENDANT**

JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
4 August 2016